FILED
AUG 14 2006
EDWARD J. KLECKER, CLERK
U.S. DISTRICT COURT - NORTH DAKOTA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| BILLINGS COUNTY, a municipal entity, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MIKE JOHANNS, in his official capacity as the Secretary of the Department of Agriculture, *et al.*, <br><br> Defendants, <br><br> and <br><br> NATIONAL WILDLIFE FEDERATION, *et al.*, <br><br> Defendant-Intervenors. | Civ. No. A1-01-045 (lead case) |
| STATE OF NORTH DAKOTA, <br><br> Plaintiff, <br><br> v. <br><br> MIKE JOHANNS, Secretary, United States Department of Agriculture; *et al.*, <br><br> Defendants, <br><br> and <br><br> NATIONAL WILDLIFE FEDERATION, *et al.*, <br><br> Defendant-Intervenors. | Civ. No. A1-01-087 (consolidated case) |

**PLAINTIFFS' AND FEDERAL DEFENDANTS' JOINT MOTION TO DISMISS**

Plaintiffs and Federal Defendants (collectively, "the settling parties") hereby jointly move this Court for an order dismissing the above-captioned consolidated cases. The settling parties premise this motion on a settlement agreement, which is attached hereto as Exhibit A.

DATED this 11th day of August, 2006.

Respectfully submitted,

DAVID PETERSON
Acting United States Attorney
CAMERON HAYDEN
Assistant United States Attorney
District of North Dakota
P.O. Box 699
Bismarck, ND 58502-0699
(701) 530-2420

SUE ELLEN WOOLDRIDGE
Assistant Attorney General

ANDREA L. BERLOWE
BARCLAY T. SAMFORD
Attorneys
U.S. Department of Justice
Environment and Natural Resources Division
Law and Policy Section
P.O. Box 4390
Washington, D.C. 20044-4390
(202) 305-0478

Attorneys for Defendants

WAYNE STENEHJEM
Attorney General

CHARLES M. CARVELL (by ALB)
Assistant Attorney General
Office of Attorney General
500 North 9th Street
Bismarck, ND 58501-4509

Attorneys for the State of North Dakota

Constance E. Brooks, Esq. (by ALB)
Michael B. Marinovich, Esq.
C.E. BROOKS & ASSOCIATES, P.C.
999 18th Street, Suite 1605
Denver, CO 80202

Dennis E. Johnson, Esq. (by ALB)
JOHNSON & SUNDEEN, LTD.
P.O. Box 1260
Watford City, ND 58854

Attorneys for Billings County, *et al.*

**Joint Motion to Dismiss – Page 2**

## Certificate of Service

The undersigned hereby certifies that she is an employee of the United States Department of Justice, and is a person of such age and discretion as to be competent to serve papers. The undersigned further certifies that on August 11, 2006, she caused a copy of the **JOINT MOTION TO DISMISS, with Exhibits**, to be served on the below-named counsel via FEDEX overnight delivery:

Todd D. True, Esq.  
EARTHJUSTICE LEGAL DEFENSE FUND  
705 Second Avenue, Suite 203  
Seattle, WA 98104  

Michael A. Saul, Esq.  
NATIONAL WILDLIFE FEDERATION  
2260 Baseline Road, Suite 100  
Boulder, CO 80302  

and to be served on the below-named counsel via first class, United States mail, postage pre-paid, at their last known addresses:[1]

Constance E. Brooks, Esq.  
Michael B. Marinovich, Esq.  
C.E. BROOKS & ASSOCIATES, P.C.  
999 18th Street, Suite 1605  
Denver, CO 80202  

CHARLES M. CARVELL  
Assistant Attorney General  
Office of Attorney General  
500 North 9th Street  
Bismarck, ND 58501-4509  

Dennis E. Johnson, Esq.  
JOHNSON & SUNDEEN, LTD.  
P.O. Box 1260  
Watford City, ND 58854  

/ANDREA L. BERLOWE

---

[1] Counsel listed here are already in possession of the map provided as Exhibit 1 to the Settlement Agreement. Consequently, we did not serve another copy on them.

**Joint Motion to Dismiss – Page 3**